UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PAUL GOLDNER,

                Plaintiff,

v.

64 SOLAR LLC, 64 SOLAR ASSET
MANAGEMENT LCC, and CRAIG
HARRISON,

                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 8917 (VB)

      Plaintiff commenced the instant action on October 31, 2021.

      On December 29, 2021, plaintiff docketed affidavits of service indicating service on each defendant on December 15, 2021. (Docs. ##5–7). Accordingly, defendants had until January 5, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **January 28, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **February 11, 2022**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: January 14, 2022
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge